EAST CHICAGO IRON AND STEEL COMPANY v. SIWY.

[No. 2,991. Filed December 21, 1899.]

APPEAL.—*Transcript.*—*Omission of Clerk's Certificate.*—Without the clerk's certificate to what purports to be the transcript, the record cannot be considered on appeal.

From the Lake Superior Court. *Appeal dismissed.*

*B. F. Ibach* and *J. G. Ibach*, for appellant.
*Peter Crumpacker*, for appellee.

COMSTOCK, J.—Action brought by appellee against the appellant corporation to recover damages for personal injuries.

It is insisted by the counsel for appellee that the appeal, in this cause has never been perfected, for the reason that what purports to be the record has never been certified over the signature of the clerk of the trial court.

Following what purports to be a transcript of the papers and entries in said cause is a certificate thereof, but it is not signed by the clerk. Without such signature, the record can not be considered. §661 Burns 1894, §649 Horner 1897. Appeal dismissed.